**UNITED STATES of America v. Guy RUPP and Walter Shaull, Appellants.**

No. 8799.

Circuit Court of Appeals, Third Circuit.

Heard on Appellee's Motion to Dismiss Dec. 18, 1944.

Decided Dec. 28, 1944.

Homer L. Kreider, of Harrisburg, Pa., and Robert L. Myers, Jr., of Lemoyne, Pa., for appellants.

Cannon B. McMahan, of Washington, D. C., for appellee.

Before BIGGS, MARIS and JONES, Circuit Judges.

PER CURIAM.

The motion to dismiss filed by the United States is granted on the authority of Cogen v. United States, 278 U.S. 221, 49 S. Ct. 118, 73 L.Ed. 275.